# SIM & DePAOLA, LLP

*Attorneys-at-Law*
42-40 Bell Blvd – Ste 405
Bayside, New York 11361
Tel: (718) 281-0400
Fax: (718) 631-2700

August 7, 2023

**VIA ECF**
District Judge Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

                **Re:** **Boris Loja, et al..v. F.C.I. Total Homes, et al.**
                **SDNY Docket No.: 22-cv-07601 (CS)**

Dear Judge Seibel:

      The undersigned is an associate of the law firm of Sim & DePaola, LLP, the attorneys of record for Boris Loja, the Plaintiff in the above-referenced matter. The undersigned respectfully submits this amended motion pursuant to Your Honor's Order dated July 26, 2023 [Dkt. No. 16] (1) indicating Sang J. Sim's experience (corrected), (2) the undersigned's experience, and (3) including a settlement range.

1. **Sang J. Sim's Experience:** Mr. Sim was admitted to the bar in 1996. At the beginning of his career, he practiced international tax law representing Fortune 500 companies in both strategic planning and resolving tax controversies. In 2003, Mr. Sim founded his own firm and has represented clients in thousands of litigation matters before the courts of this state and outside of this state. Further, Mr. Sim has been counsel of hundreds of appeals, which included matters before New York appellate departments, the New York Court of Appeals, the Second Circuit Court of Appeal, the Ninth Circuit Court of Appeals and the Hawaii Supreme Court in a variety of cases. Mr. Sim has approximately 500 to 600 published decisions in which he prosecuted or defended on appeal. Mr. Sim has and currently serves as the attorney of record for dozens of wage and hour lawsuits in the Southern and Eastern District of New York both on the Plaintiff's and Defendant's side as well in New York State Courts. In this respect, Mr. Sim currently charges and has been retained at an hourly rate of $500 per hour on non-tax matters. On tax matters, Mr. Sim charges and retains clients at an hourly rate of $750.00 an hour.

2. **Sameer Nath's Experience:** The undersigned was admitted to practice law in 2016 in New York State Court and to date, has litigated thousands of cases on behalf of both Plaintiffs and Defendants. In August of 2020, the undersigned was admitted to practice

law in the United States District Court for the Southern District of New York, followed thereafter by the Eastern District. The undersigned has appeared on numerous federal court matters including those related to police misconduct, department of correction cases, car accidents, this and another FLSA case currently pending in This Court. Prior to working as an Associate at this firm, the undersigned had appeared on behalf of Plaintiffs on several different types of matters ranging from employment discrimination to automobile accidents to construction cases under the New York State Labor Law. At Sim & DePaola, for approximately three (3) years, the undersigned has litigated, under Mr. Sim's guidance, FLSA and New York State Labor Law wage and hour cases on both the Plaintiff and Defense sides both in New York State Court and in the aforesaid Federal District Court. For my services, my billing rate is $350.00 per hour on litigation matters.

3. **Settlement Range:** In this case, the potential maximum recovery for the backpay in this action was $188,434.31. This amount does not include liquidated damages. However, the Defendants asserted that the Plaintiff had significant number of unpaid days off that materially affected Plaintiff's potential recovery. The Defendants vigorously challenge the number of hours worked claimed by the Plaintiff, which includes those included in Plaintiff's damage calculation. As such, any recovery for backpay could be reduced if Defendants were able to demonstrate that the Plaintiff took significant unpaid time off from work. Therefore, there are substantial litigation risks for both parties to engage in protracted and costly litigation over these issues with no guarantee of recovery for the Plaintiff. We respectfully submit that a $70,000.00 settlement is fair for both parties.

Wherefore, Plaintiff respectfully requests that the Court approve the proposed settlement of this matter.

Respectfully Submitted,

/s/ Sameer Nath_____
Sameer Nath, Esq.